AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Rakim Jones, by and through Eric Jones, his father and next best friend;

V.

City of Chicago, et al.,

CASE NUMBER: **08 C 115**

ASSIGNED JUDGE: **JUDGE KENNELLY**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Chicago Police Officer Kevin Fry, star 15329
Attn: Office of Legal Affairs
3510 South Michigan Avenue
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 312-795-9595

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold* (signature)

(By) DEPUTY CLERK



January 7, 2008

Date

## RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]

DATE: 1-17-2008

NAME OF SERVER (PRINT): Daniel P. Kiss

TITLE: Attorney

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Hand delivered to V. Caffo at the office of legal Affairs; 3510 South Michigan Ave Chicago IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-17-2008    *Signature of Server:* Daniel P. Kiss

*Address of Server:*
LAW OFFICES OF
LAWRENCE V. JACKOWIAK
20 N. CLARK, SUITE 1700
CHICAGO, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.