UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAKIM JONES, by and through ERIC JONES, his father and next best friend; | ) ) ) ) Case No. 08 C 115 |
| Plaintiff, | ) ) |
| v. | ) Judge Kennelly ) |
| CITY OF CHICAGO, Chicago Police Officers KEVIN FRY, Star 15329, and JAYSEN ORKOWSKI, Star 2831, | ) Magistrate Judge Valdez ) ) ) ) |
| Defendants. | ) Jury Trial Demanded |

**Defendant City of Chicago's Motion for Leave to File its Answer *Instanter***

Defendant City of Chicago ("City"), by and through one of its attorneys, Shneur Z. Nathan, respectfully moves this Court for leave to file, *instanter*, its Answer to Plaintiff's Complaint. In support of its motion, City states the following:

1. Plaintiff filed his Complaint on January 7, 2008 against individual defendant police officers and named the City as a defendant for purposes of indemnification alone.

2. On January 9, 2008, the City was served.

3. Due to administrative and case docketing issues, the undersigned was very recently made aware of this lawsuit's existence.

4. City is now prepared to file its Answer *instanter,* a copy of which is attached hereto as Exhibit A. (*See* Ex. A.)

5. Plaintiff will not be prejudiced by this short delay; however, City will be greatly prejudiced if it is not permitted to respond to Plaintiff's Complaint.

1

WHEREFORE, City respectfully requests that this Court grant its Motion for Leave to File its Answer *Instanter*.

Respectfully submitted,

/s/ Shneur Z. Nathan
SHNEUR Z. NATHAN
Counsel for the City of Chicago

30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-6413
Atty. No. 06294495

## CERTIFICATE OF SERVICE

I, Shneur Z. Nathan, an attorney, hereby certify that on January 29, 2008, I caused Defendant City of Chicago's Motion for Leave to File its Answer *Instanter* to be served upon all counsel of record by filing the same before the Court via the ECF system.

/s/ Shneur Z. Nathan
Shneur Z. Nathan