UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAKIM JONES, by and through ERIC JONES, his father and next best friend; <br><br> Plaintiff, <br> v. <br><br> CITY OF CHICAGO, Chicago Police Officers KEVIN FRY, Star 15329, and JAYSEN ORKOWSKI, Star 2831, <br><br> Defendants. | Case No. 08 C 115 <br><br> Judge Kennelly <br><br> Magistrate Judge Valdez <br><br> Jury Trial Demanded |

## NOTICE OF MOTION

To:  Daniel P. Kiss
    Law Offices of Lawrence V. Jackowiak
    20 North Clark Street
    Suite 1700
    Chicago, Illinois 60602

PLEASE TAKE NOTICE that on January 29, 2008, the City of Chicago has filed its Motion for Leave to File its Answer *Instanter* with United States District Court for the Northern District of Illinois, Eastern Division through its electronic filing system. A copy of that document is herewith served upon you.

PLEASE TAKE FURTHER NOTICE that at 9:30 a.m. on February 7, 2008 I shall appear before the Honorable Judge Kennelly or before such other judge sitting in his stead and present the above described Motion for Leave to File its Answer *Instanter*.

Dated: January 29, 2008                                    Respectfully submitted,


                                                           /s/ Shneur Z. Nathan
30 North LaSalle Street                                    SHNEUR Z. NATHAN
Suite 1400                                                 Counsel for City of Chicago
Chicago, Illinois 60602
(312) 742-6413
Atty. No. 06294495