## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 115 | **DATE** | 2/7/2008 |
| **CASE TITLE** | Rakim Jones vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

The City of Chicago's Motion for Leave to File its Answer Instanter is granted.

| | Courtroom Deputy Initials: | DS |
|---|---|---|