## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Rakim Jones

                    Plaintiff,

v.                                              Case No.: 1:08–cv–00115
                                                Honorable Matthew F. Kennelly

City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

   MINUTE entry before Judge Matthew F. Kennelly :Status hearing pursuant to
Rule 16(b) held on 3/5/2008 with attorneys for plaintiff and City of Chicago appearing.
Status hearing continued to 3/20/2008 at 09:00 AM. City of Chicago's attorney is directed
to notify the defendants' attorney of the new date. Because the docket reflects that the
individual defendants were served with summons on 1/17/08, in the manner prescribed by
the City, an order of default will be entered at the next status date unless an attorney who
has filed an appearance for the individual defendants is present. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.