UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAKIM JONES, by and through ERIC JONES, his father and next best friend; | )<br>)<br>) |
| Plaintiff, | ) Case No. 08 C 115<br>)<br>) |
| v. | ) Judge Kennelly<br>) |
| CITY OF CHICAGO, Chicago Police Officers KEVIN FRY, Star 15329, and JAYSEN ORKOWSKI, Star 2831, | ) Magistrate Judge Valdez<br>)<br>)<br>)<br>) |
| Defendants. | ) Jury Trial Demanded |

**<u>Defendant Fry's Motion for Leave to File its Answer *Instanter*</u>**

Defendant Kevin Fry, by and through one of his attorneys, Shneur Z. Nathan, respectfully moves this Court for leave to file, *instanter*, his Answer to Plaintiff's Complaint. In support of this motion, Defendant Fry states the following:

1. On March 5, 2008, an initial status was held in chambers but before Defendant Fry was able to appear.

2. At that status, the Court instructed the individual defendants to file an appearance by March 20, 2008.

3. Because Defendant Fry was on medical leave, it was difficult for the undersigned to meet with him in preparation for his defense.

4. Upon information and belief, counsel for Defendant Orkowski will be filing an appearance on his behalf before the Court's deadline of March 20, 2008.

5. The undersigned has already filed an appearance on behalf of Defendant Fry and is now prepared to file his Answer *instanter,* a copy of which is attached hereto as Exhibit A. (*See* Ex. A.)

1

6. Plaintiff will not be prejudiced by this short delay; however, Defendant Fry will be greatly prejudiced if he is not permitted to respond to Plaintiff's Complaint.

WHEREFORE, Defendant Fry respectfully requests that this Court grant his Motion for Leave to File his Answer *Instanter*.

Respectfully submitted,

30 North LaSalle Street  
Suite 1400  
Chicago, Illinois 60602  
(312) 742-1842  
Atty. No. 6294495

/s/ Shneur Z. Nathan  
SHNEUR Z. NATHAN  
Assistant Corporation Counsel  
Attorney for Defendant Fry

## CERTIFICATE OF SERVICE

I, Shneur Z. Nathan, an attorney, hereby certify that on March 13, 2008, I caused Defendant Fry's Motion for Leave to File its Answer *Instanter* to be served upon all counsel of record by filing the same before the Court via the ECF system.

/s/ Shneur Z. Nathan  
Shneur Z. Nathan