UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAKIM JONES, by and through ERIC JONES, his father and next best friend; | ) ) ) ) | Case No. 08 C 115 |
| Plaintiff, v. | ) ) ) | Judge Kennelly |
| CITY OF CHICAGO, Chicago Police Officers KEVIN FRY, Star 15329, and JAYSEN ORKOWSKI, Star 2831, | ) ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | Jury Trial Demanded |

**NOTICE OF MOTION**

To:  Daniel P. Kiss
    Law Offices of Lawrence V. Jackowiak
    20 North Clark Street
    Suite 1700
    Chicago, Illinois  60602

   PLEASE TAKE NOTICE that on March 13, 2008, Defendant Fry has filed his Motion for Leave to File his Answer *Instanter* with United States District Court for the Northern District of Illinois, Eastern Division through its electronic filing system.  A copy of that document is herewith served upon you.

   PLEASE TAKE FURTHER NOTICE that at 9:30 a.m. on March 20, 2008 I shall appear before the Honorable Judge Kennelly or before such other judge sitting in his stead and present the above described motion.

Dated: March 13, 2008                                Respectfully submitted,


                                                    /s/ Shneur Z. Nathan
30 North LaSalle Street                             SHNEUR Z. NATHAN
Suite 1400                                          Assistant Corp. Counsel
Chicago, Illinois 60602                             Counsel for Defendant Fry
(312) 742-1842
Atty. No. 6294495