IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAKIM JONES, by and through ERIC JONES, his father and next best friend; | ) ) ) | Case No. 08 C 115 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Kennelly |
| CITY OF CHICAGO, Chicago Police Officers KEVIN FRY, Star 15329, and JAYSEN ORKOWSKI, Star 2831, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | Jury Trial Demanded |

**DEFENDANT ORKOWSKI'S MOTION
FOR LEAVE TO FILE HIS ANSWER TO
PLAINTIFF'S COMPLAINT *INSTANTER*** 

Defendant Chicago Police Officer Jaysen Orkowski, by one of his attorneys, Liza M. Franklin, Chief Assistant Corporation Counsel, respectfully request that this Honorable Court grant him leave to file his answer to Plaintiff's complaint *instanter*.

In support of this motion, the undersigned states:

1. Defendant Orkowski was served in this case.

2. The undersigned has met with Defendant Orkowski and had prepared his answer, a copy of which is attached hereto as Exhibit A.

3. The undersigned apologizes for the delay.

**WHEREFORE**, Defendant Chicago Police Officer Jaysen Orkowski respectfully requests that this Court grant him leave to file his answer *instanter*.

Respectfully submitted,

/s/ Liza M. Franklin
LIZA M. FRANKLIN
Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-0170
Atty. No.  06216088

DATED:  March 13, 2008