# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RAKIM JONES, by and through ERIC JONES, his father and next best friend; | ) ) ) ) | Case No. 08 C 115 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Kennelly |
| CITY OF CHICAGO, Chicago Police Officers KEVIN FRY, Star 15329, and JAYSEN ORKOWSKI, Star 2831, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**   Daniel Kiss
   **Law Office of Larry Jackowiak**
   **20 North Clark Street**
   **Suite 1700**
   **Chicago, Illinois 60602**

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT ORKOWSKI'S MOTION FOR LEAVE TO FILE HIS ANSWER TO PLAINTIFF'S COMPLAINT *INSTANTER***, a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge KENNELLY such other Judge sitting in his place or stead, on the 19th day of MARCH 2008 at 9:30 a.m., or as soon thereafter as Counsel may be heard and then and there present the attached Motion.

                              Respectfully submitted,

                              /s/ Liza M. Franklin
                              LIZA M. FRANKLIN
                              Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-0170
Atty. No.  06216088

**CERTIFICATE OF SERVICE**

      I, Liza M. Franklin, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANT ORKOWSKI'S MOTION FOR LEAVE TO FILE HIS ANSWER TO PLAINTIFF'S COMPLAINT *INSTANTER*** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on March 13, 2008, in accordance with the rules on electronic filing of documents.

                                              /s/ Liza M. Franklin
                                              LIZA M. FRANKLIN