# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 115 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Jones vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Fry's motion to file his answer *instanter* is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|