## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 115 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Rakim Jones vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Defendant Orkowski's motion for leave to file answer instanter is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|