IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAKIM JONES, by and through ERIC JONES, his father and next best friend; | ) ) ) ) | Case No. 08 C 115 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Kennelly |
| CITY OF CHICAGO, Chicago Police Officers KEVIN FRY, Star 15329, and JAYSEN ORKOWSKI, Star 2831, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## NOTICE OF FILING

**To:**   **Daniel Kiss**
**Law Office of Larry Jackowiak**
**20 North Clark Street**
**Suite 1700**
**Chicago, Illinois 60602**

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANT ORKOWSKI'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

                    Respectfully submitted,

                    /s/ Liza M. Franklin
                    LIZA M. FRANKLIN
                    Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-0170
Atty. No.  06216088

**CERTIFICATE OF SERVICE**

I, Liza M. Franklin, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF FILING** and **DEFENDANT ORKOWSKI'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on March 24, 2008, in accordance with the rules on electronic filing of documents.

/s/ Liza M. Franklin
LIZA M. FRANKLIN