UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Rakim Jones
       Plaintiff,

v.             Case No.: 1:08−cv−00115
             Honorable Matthew F. Kennelly

City of Chicago, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

  MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 3/20/2008 with attorneys for both sides. The parties intend to discuss the possibility of settlement. Status hearing set for 5/5/2008 at 09:00 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.